**Pamela Sue BOND, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

No. 14–1629.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 24, 2014.

Pamela Sue Bond, Appellant Pro Se. Maija DiDomenico, Assistant Regional Counsel, David Lance Leach, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Sue Bond appeals the district court's order dismissing the civil action Bond brought regarding her ongoing attempts to obtain Social Security disability benefits. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended dismissing the case for lack of subject matter jurisdiction and advised Bond that failure to file timely objections to this recommendation could waive appellate review of a district court order based on the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Bond has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm

the judgment of the district court. We deny the pending motion for clarification of the Early Retirement Benefit previously awarded to Bond.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*